AO 245 B (Rev. 11/16)(W.D.TX) – Judgment in a Criminal Case

FILED MAY 19 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

FILED April 22, 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
Western District of Texas
DEL RIO DIVISION

UNITED STATES OF AMERICA

v.

Eduardo Arturo Duarte
Defendant

Case Number: 2:19-CR-03365(1)-MVL
USM Number: 07503-151

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

The defendant, Eduardo Arturo Duarte, was represented by David N. Thomas (AFPD).

The defendant pled guilty to Count(s) One of the Indictment on January 30, 2020. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s)

| Title and Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 8 U.S.C. § 1326 | Illegal Re-Entry into the United States | November 30, 2019 | One |

As pronounced on April 22, 2020, the defendant is sentenced as provided in pages 2 through 6 of the judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for the district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by the Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 22nd day of April 2020.

RETURNED EXECUTED
4/27/2020

MARY ANN VIAL LEMMON
Senior United States District Judge

A true copy of the original, I certify
Clerk, U.S. District Court
By _____ Deputy Clerk

Arresting Agency: United States Border Patrol